IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JAMES EDWARD MURPHY**                                            **PETITIONER**

**VS.**                                        **CIVIL ACTION NO. 3:04CV17-WHB-JCS**

**LAWRENCE GREER AND JIM HOOD**                             **RESPONDENTS**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and the Opinion and Order which adopts the Report and Recommendation of Magistrate Judge, this case is hereby dismissed with prejudice.

SO ORDERED this the 2nd day of June, 2006.

                                                         s/ William H. Barbour, Jr.
                                                         UNITED STATES DISTRICT JUDGE

tct