**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**JAMES EDWARD MURPHY**                                              **PETITIONER**

**VERSUS**                                                          **CIVIL ACTION NO.: 3:04CV17**

**LAWRENCE GREER AND JIM HOOD**                             **RESPONDENTS**

<u>CERTIFICATE OF APPEALABILITY DENIED</u>

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court pursuant to 28 U.S.C. § 2254 or the detention arises out of a judgment and conviction in federal court which is being challenged pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, hereby finds that:

1. A certificate of appealability should not issue. The petitioner has failed to make a substantial showing of the denial of a constitutional right.

2. Petitioner's motion [37] to proceed *in forma pauperis* on appeal is GRANTED. However, petitioner's request for a copy of the court record in this case at government expense is DENIED because petitioner has failed to specifically show why a copy of the court file would be necessary for proper disposition of his appeal. <u>Norton v. E. U. Dimazana, M.D.</u>, 122 F.3d 286, 293 (5th Cir. 1997).

SO ORDERED, this the 1st day of August, 2006.

                                                                s/ William H. Barbour, Jr.
                                                        UNITED STATES DISTRICT JUDGE